U.S. DISTRICT COURT
WEBCASE 2:16-CV-01674 JTT-KK   Document 9-5   Filed 03/15/18   Page 1 of 2 PageID #:  60
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 0 2018

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | * **CASE NO.: 16-cv-01674** |
| | * |
| **Plaintiff,** | * |
| | * **JUDGE: JAMES T. TRIMBLE, JR.** |
| **VERSUS** | * |
| | * |
| **ALFRED EUGENE WALLACE d/b/a** | * **MAGISTRATE JUDGE:KATHLEEN KAY** |
| **THE FOX HOLE SPORTS LOUNGE,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ~~ORDER~~ Judgment

Upon consideration of Plaintiff's Motion for Final Default Judgment, the accompanying Memorandum of Points and Authorities in Support thereof and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605 and recognizes Plaintiff's election to seek statutory damages.

The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendant, Alfred Eugene Wallace had to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Original Complaint are deemed admitted against Defendant ; that Defendant exhibited the closed circuit, *"Ultimate Fighting Championship® 183: Silva v. Diaz"*, a copyright protected nationwide broadcast on or about January 31, 2017 at The Fox Hole Sports Lounge, a commercial establishment owned and operated by Alfred Eugene Wallace and located at 12407 Lake Charles Highway, Leesville, Louisiana 71446, in violation of 47 U.S. C. §605 *et seq.*, and 47 U.S.C. § 553, *et seq.,* without authorization from Plaintiff; and that Defendant's actions were willful and for purposes of direct or

1

indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**:

1.    That Judgment by default be entered in favor of Plaintiff and against Defendant, Alfred Eugene Wallace;

2.    That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $5,000.00;

3.    That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $20,000.00;

4.    That Plaintiff recover attorneys' fees and costs from Defendants and shall submit a Fee Application within _30_ days of this order;

5.    That Plaintiff, in the event Defendant fails to voluntarily pay the judgment, is entitled to recover reasonable attorneys' fees for post-trial and appellate services;

6.    The Court also awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at the highest rate allowable by law from the date of this Judgment until paid;

7.    All writs and process for the enforcement and collection of this judgment may issue as necessary.  In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this Judgment.

8.    This judgment is a final judgment.

Thus done and signed in Alexandria, Louisiana on ~~SO ORDERED~~. this 20th day of April, 2018.

James T Trimble

HON. JAMES T. TRIMBLE, JR.