U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 15 2018

TONY R. MOORE, CLERK
BY: _____ MB
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.** | **CIVIL ACTION NO. 2:16-01674** |
| **VERSUS** | **JUDGE JAMES T. TRIMBLE, JR.** |
| **ALFRED EUGENE WALLACE**<br>**d/b/a Fox Hole Sports Lounge** | **MAG. JUDGE KAY** |

### MEMORANDUM RULING

Pursuant to this court's Judgment issued April 20, 2018, Plaintiff submits "Joe Hand Promotions, Inc.'s Request for Attorneys' Fees and Costs" (R. #12) wherein Plaintiff seeks attorneys' fees and costs totaling $2,510.00 associated with litigating this matter. Defendant has not filed an opposition to Plaintiff's motion and the time for doing so has now lapsed.

Plaintiff's request for attorneys' fees and costs is made pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).[1] The Plaintiff in this matter is the prevailing party pursuant to the above-mentioned Judgment.[2] Attached to Plaintiff's motion is a detailed statement of billing hours for work performed to litigate this matter and a declaration in support of the requested attorneys' fees and costs. The Court has reviewed and considered the hours spent to litigate this matter and finds the hours spent are reasonable.

---

[1] "[t]he Court. . . shall direct the recovery of full costs, including awarding reasonable attorneys' fees…"
[2] R. #11.

1

The attorney hourly billing rate of $250.00 per hour for cable/satellite piracy litigation is supported by recent case law.[3] The total amount of 6.5 hours at the hourly billing rate is $1,625.00. The paralegal hourly billing rate of $100.00 per hour is supported by case law.[4] The total amount for 3.4 hours of work conducted by the paralegal is $340.00. Plaintiff further incurred $545.00 in costs to file the lawsuit and effect service on Defendant which this court finds to be reasonable.

## CONCLUSION

For the reasons set forth herein, the court will grant Plaintiff an award of $2,510.00 for attorneys' fees and costs.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 15th day of May, 2018.

JAMES T. TRIMBLE, JR.
**UNITED STATES DISTRICT JUDGE**

---

[3] See Joe Hand Promotions, Inc. v. Ashby, Civ. Action No. 13-04747 (E.D. La. Apr. 2, 2014)("Courts in this district have found that $250.00 is a reasonable hourly rate in federal antipiracy cases. See Offshore Marine Contractors, Inc. v. Palm Energy Offshores, LLC, 2014 WL 5039670, at *8 (E.D. La. Sept. 25, 2014)(approving a $275.00 hourly rate for an attorney with seven years of experience, and $225/hour for an attorney with four years of experience in federal practice); DirectTV, LLC v. Ertem, et al, 2015 WL 45398, at *3 (E.D. La. Feb. 3, 2015).

[4] See Johnson v. Big Lots Stores, Inc., 639 F. Supp. 2d 696, 701-02 (E.D. La. 2009)(awarding $100.00 per hour for a paralegal with three years of experience).

2